UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Benita Belssing,

    vs

Ohio University,

**NOTICE**

Case Number:  2: 09-cv-0762
Judge  Sargus

Magistrate Judge Abel

**[X]  TAKE NOTICE** of a **PRELIMINARY PRETRIAL CONFERENCE**:

**Judge:**      ABEL

**Participants:**  Trial Counsel.  Parties Welcome.

**Place:**      United States District Court      **Room Number 208**
85 Marconi Boulevard
Columbus, Ohio 43215

**Date/Time:**   December 17, 2009 at 9:30 A.M.

# CHANGE IN PRACTICE:

- You must hold a Conference of the Parties on or before **December 3, 2009.**

- You must file a Report of the Parties with the Court on **December 10, 2009.**

---

**Rule 26(f) Form, General Order on Pretrial and General Order on Settlement Week in Adobe format can be accessed through http://www.ohsd.uscourts.gov/judges/fpabel.htm. A WordPerfect file of the Rule 26(f) Report of Parties Form Notice can be obtained by e-mailing Spencer_Harris@ohsd.uscourts.gov**

---

**PLEASE NOTE:**  Magistrate Judge Abel prefers to meet in person with counsel.  The Court is willing to re-schedule to a date on which it is more convenient for counsel to travel to Columbus.  If travel to Columbus is not practicable, and **ALL PARTIES AGREE**, you may request a telephone pretrial by calling  Mr. Harris.

Mark R. Abel
United States Magistrate Judge

Date:  November 18, 2009

s/Spencer D. Harris
Spencer D. Harris/Courtroom Deputy
(614) 719-3027

Counsel are listed on the back of this Notice.  If you are aware of any parties not included in this Notice, please call Spencer Harris immediately.

**E-mailed to:**   Marc Mezibov, Susan Lawrence, James Hogan