AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BENITA BLESSING,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**OHIO UNIVERSITY,**           **CASE NO.  C2-09-0762**
                                                     **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**                          **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed December 6, 2011, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.**


Date: December 6, 2011                         JAMES BONINI, CLERK


                                                            */S/ Andy F. Quisumbing*
                                                            (By) Andy F. Quisumbing
                                                            Courtroom Deputy Clerk